**YU | MOHANDESI LLP**

B. Ben Mohandesi (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
Jordan Yu (SBN 227341)
213.377.5502 | jyu@yumollp.com
1055 W. 7th Street, Suite 2150
Los Angeles, CA 90017
213.377.5501 Facsimile

Attorneys for Defendant
LVNV Funding, LLC

**Filed**

JAN 23 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA PASQUALE,<br><br>          Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC; WELTMAN, WEINBERG & ROSS CO., LPA; and DOES 1 through 25, Inclusive,<br><br>          Defendants. | Case No.: **CV13- 0322PSG**<br><br>[Removal from Superior Court of California, County of Santa Clara, Case No. 112CV236970]<br><br>**DEFENDANT LVNV FUNDING, LLC'S CERTIFICATE OF INTERESTED PARTIES**<br><br>[Civil Local Rule 3-16]<br><br>Compl. Filed:    November 30, 2012 |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding:
6  Defendant LVNV Funding, LLC is wholly owned by Sherman Originator, LLC.

8  DATED: January 23, 2013.

YU MOHANDESI LLP

By_____
B. Ben Mohandesi
Jordan Yu
Attorneys for Defendant
LVNV Funding, LLC

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Yu | Mohandesi LLP, 1055 W. 7th Street, Suite 2150, Los Angeles, CA 90017. On January 23, 2013, I served the following document(s) by the method indicated below:

**DEFENDANT LVNV FUNDING, LLC'S CERTIFICATE OF INTERESTED PARTIES**

|   | |
|---|---|
|   | by transmitting via facsimile on this date the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was ordered by the Court. The transmitting fax machine complies with Cal.R.Ct 2003(3). |
| X | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. |
|   | by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. |
|   | by having the document(s) listed above hand-delivered to the person(s) at the address(es) set forth below. |
|   | by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business to the address(es) set forth below. |
|   | by emailing the document(s) listed above to the person(s) at the address(es) set forth below. |

COUNSEL FOR DEFENDANTS

Miguel Soto
Law Office of Miguel Soto
1400 Coleman Ave., Ste. D12-1
Santa Clara, CA 95050

I declare under penalty of perjury under the laws of California and the United States that the above is true and correct. Executed on January 23, 2013, at Los Angeles, California.

_____
Ben Mohandesi