1
2
3                          WP KVGF "UVC VGU'F KUVT KEV'EQWT V
4                          P QTVJ GTP 'F KUVT KEV'QH'ECNKHQTP KC
5
6  F CP C 'RCUS WCNG.                         P q0"EX35/22544'RUI

7         Rnckpvkhh*u+.                       ENGTM)U'P QVKEG'TGUGVVKP I "ECUG
                                              O CP CI GO GP V'EQP HGTGP EG'CP F "TG<
8       x0                                    EQWT V'F GCF NKP G'HQT 'RCTVKGU'VQ
                                              GKVJ GT "EQP UGP V'QT 'F GENKP G'VQ
9  NXP X 'HWP F KP I .'NNE.'gv'cn0             RT QEGGF "DGHQT G'C "WP KVGF "UVCVGU
                                              O CI KUVTCVG'LWF I G
10        F ghgpf cpv*u+0
   aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa 1

11
       **PLEASE TAKE NOTICE** 'vj cv'vj g'ecug''o cpci go gpv'eqphgtgpeg'rtgugpvn{ 'ugv'hqt "Vwgufc{.
12
   Crtkn'45.'4235'**is hereby reset for Tuesday, March 5, 2013 at 2:00 p.m. before Magistrate Judge**
13
   **Paul S. Grewal.**  Rctvkgu"ctg'vq'uwdo kv'c'lqkpv'ecug''o cpci go gpv'eqphgtgpeg'uvcvgo gpv'pq'ncvgt'vj cp
14
   Vwgufc{.'Hgdtwct{ '48.'42350'Gcej 'rctv{ 'y j q'j cu'pqv'cntgcf{ 'f qpg'uq 'uj cnhkng'gkvj gt 'c 'ôEqpugpv'vq
15
   rtqeggf 'dghqtg'c 'Wpkvgf 'Uvcvgu'O ci kuvtcvg'Lwf i g.ö'qt 'gnug'c 'ôF genkpcvkqp'vq 'Rtqeggf 'Dghqtg'c 'Wpkvgf
16
   Uvcvgu'O ci kuvtcvg'Lwf i g'cpf 'Tgswguv'hqt 'Tgcuuki po gpvö'pq 'ncvgt'vj cp "Vwgufc{.'Hgdtwct{ '48.'42350'
17
   Dqvj  'hqto u'ctg'cxckncdng'hto  'vj g'engtm'qh'vj g'eqwtv.'qt 'hto  'vj g'Hqto u'*Ekxkn+'ugevkqp'qh'vj g'eqwtvu
18
   y gdukvg'cv'www.cand.uscourts.gov. 'Rctvkgu'ctg'vq 'crrgct 'kp 'Eqwtvtqqo  '7.'6yj  'Hnqqt 'qh'vj g'Wpkvgf
19
   Uvcvgu'F kuvtkev'Eqwtv.'4: 2'Uqwvj  'Hktuv'Uvtggv.'Ucp 'Lqug.'EC '; 73350'
20
21
   F cvgf <''Lcpwct{ '46.'4235
22                                                  Tkej ctf 'Y 0'Y kgmkpi .'Engtm
23                                                  Wpkvgf 'Uvcvgu'F kuvtkev'Eqwtv

24                                                  ͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟
                                                    D{ <'Quect 'Tkxgtc
25                                                  Eqwtvtqqo  'F gr wv{ 'Engtm'vq
                                                    O ci kuvtcvg'Lwf i g'Rcwn'U0'I tgy cn
26
27
28

United States District Court
For the Northern District of California