**United States District Court**
For the Northern District of California

1
2
3       UNITED STATES DISTRICT COURT
4       NORTHERN DISTRICT OF CALIFORNIA
5
6  DANA PASQUALE,                                No. CV13-00322 PSG
7           Plaintiff(s),
                                                 NOTICE OF IMPENDING
8      v.                                        REASSIGNMENT TO A UNITED STATES
                                                 DISTRICT JUDGE
9  LVNV FUNDING, LLC, et al.,
10          Defendant(s).
                                           /
11
        The Clerk of this Court will now randomly reassign this case to a United States District
12
   Judge because one or more of the parties has requested reassignment to a United States District
13
   Judge or has not consented to the jurisdiction of a United States Magistrate Judge.
14
        **PLEASE TAKE NOTICE** that all matters presently set before Magistrate Judge Paul S.
15
   Grewal are hereby vacated. Clerk to reassign case.
16
17
   Dated: February 27, 2013
18
                                                 Richard W. Wieking, Clerk
                                                 United States District Court
19
20                                               _____
                                                 By: Oscar Rivera
21                                               Courtroom Deputy Clerk to
                                                 Magistrate Judge Paul S. Grewal
22
23
24
25
26
27
28