1  **YU | MOHANDESI LLP**

2  B. Ben Mohandesi (SBN 214921)
   213.377.5505 | bmohandesi@yumollp.com

3  Jordan Yu (SBN 227341)
   213.377.5502 | jyu@yumollp.com

4  1055 W. 7th Street, Suite 2150
   Los Angeles, CA  90017

5  213.377.5501 Facsimile

6  Attorneys for Defendants
   LVNV Funding, LLC, and

7  Weltman, Weinberg & Reis Co., LPA
   (erroneously sued as Weltman, Weinberg & Ross)

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 DANA PASQUALE,                          Case No.:  13-CV-00322-LHK

12            Plaintiff,                    **NOTICE OF SETTLEMENT**

13        vs.

14 LVNV FUNDING, LLC; WELTMAN,             Compl. Filed:     November 30, 2012
   WEINBERG & ROSS CO., LPA; and DOES 1

15 through 25, Inclusive,

16            Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT

1

**TO THE COURT:**

2    The parties have agreed to a settlement of all claims as to all parties.  A formal settlement

3    agreement will be finalized and a dismissal of the entire action will be filed within 30 days.

4

5    DATED:  April 10, 2013.

YU MOHANDESI LLP

6

7

By    */s/ B. Ben Mohandesi*

8    B. Ben Mohandesi
Jordan Yu
9    Attorneys for Defendants

DATED:  April 10, 2013.

10
LAW OFFICE OF MIGUEL SOTO
11

12
By    */s/ Miguel Soto*
13    Miguel Soto
Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

YU | MOHANDESI LLP

NOTICE OF SETTLEMENT

**CERTIFICATE OF SERVICE**

I certify that on April 10, 2013, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below.  Parties may access this filing through the Court's system.  In addition, I certify that on April 10, 2013, a copy of the foregoing was sent to Plaintiff's counsel, Miguel Soto, via electronic mail to msoto@southbayconsumerlaw.com.

I declare under penalty of perjury under the laws of the  and the United States that the above is true and correct.  Executed on April 10, 2013, at Los Angeles, California.

By___*/s/ B. Ben Mohandesi*_____
          B. Ben Mohandesi

– 3 –

NOTICE OF SETTLEMENT