**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANA PASQUALE,              )<br>                             )<br>            Plaintiff,        )<br>     v.                     )<br>                             )<br> LVNV FUNDING, LLC; WELTMAN, )<br> WEINBERG & ROSS CO., LPA; and DOES 1 )<br> through 25, inclusive,      )<br>                             )<br>            Defendants.      )<br>                             ) | Case No.: 13-CV-00322-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

On April 10, 2013, the parties in this action filed a Notice of Settlement. ECF No. 19. In this Notice, the parties state that a formal settlement agreement will be finalized within thirty days. Accordingly, the Case Management Conference currently scheduled for April 17, 2013, is hereby CONTINUED to June 5, 2013, at 2:00 p.m. By May 29, 2013, the parties shall file a joint stipulation of dismissal or a notice, as part of their Joint Case Management Statement, explaining why they are unable to do so.

**IT IS SO ORDERED.**

Dated: April 15, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 13-CV-00322-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE