**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANA PASQUALE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LVNV FUNDING, LLC; WELTMAN, WEINBERG & ROSS CO., LPA; and DOES 1 through 25, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 13-CV-00322-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

　　　　On April 10, 2013, the parties in this action filed a Notice of Settlement. ECF No. 19. In this Notice, the parties state that a formal settlement agreement will be finalized within thirty days. Accordingly, the Case Management Conference currently scheduled for April 17, 2013, is hereby CONTINUED to June 5, 2013, at 2:00 p.m. By May 29, 2013, the parties shall file a joint stipulation of dismissal or a notice, as part of their Joint Case Management Statement, explaining why they are unable to do so.

**IT IS SO ORDERED.**

Dated: April 15, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　United States District Judge